United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-00711-JAW
Levon Cooper Grace Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Apr 29, 2025      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Levon Cooper Grace, PO Box 624, De Kalb, MS 39328-0624 |
| cr | + | MUNA FEDERAL CREDIT UN, P O BOX 3338, MERIDIAN, MS 39303-3338 |
| 4974589 | + | Eric C. Miller, Esq., for Towd Point Mortgage Trust 2020-1, U., LOGS Legal Group, LLP, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 4854553 | + | Health Financial Assis, 110 Veterans Blvd, Ste 450, Metairie, LA 70005-3027 |
| 4861383 | + | MUNA Federal Credit Union, PO Box 3338, Meridian, MS 39303-3338 |
| 4854556 | + | Melvin Benamon, 13629 Hwy 39 S, De Kalb, MS 39328-6320 |
| 4854557 | + | Muna Fcu, P O Box 3338, Meridian, MS 39303-3338 |
| 4854563 | + | Town Finance Corp, 107 22nd Ave South, Meridian, MS 39301-5944 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Apr 29 2025 23:46:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 19:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 19:48:00 | Towd Point Mortgage Trust 2020-1, U.S. Bank Nation, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4854554 | | EDI: IRS.COM | Apr 29 2025 23:46:00 | Department of the Treasury- Internal Revenue Servi, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4857235 | ^ | MEBN | Apr 29 2025 19:44:55 | Elizabeth Crowell Price, Esq., Attonrey for Towd Point Mortgage Trust 2, Dean Morris, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 4854551 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 29 2025 19:50:57 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 4964889 | + | EDI: AISACG.COM | Apr 29 2025 23:46:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 4869398 | + | EDI: AISACG.COM | Apr 29 2025 23:46:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4854552 | + | EDI: BLUESTEM | Apr 29 2025 23:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4854555 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2025 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4854558 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2025 19:48:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4854560 | | Email/Text: bankruptcy@republicfinance.com | Apr 29 2025 19:48:00 | Republic Finance, 907 W Beacon St, Philadelphia, MS 39350 |
| 4881453 | | Email/Text: bankruptcy@republicfinance.com | Apr 29 2025 19:48:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4854561 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 19:48:00 | Select Portfolio Servi, 10401 Deerwood Park Bl, Jacksonville, FL 32256-0505 |
| 4854562 | | Email/Text: bankruptcy@towerloan.com | Apr 29 2025 19:47:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4856879 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 19:48:00 | Towd Point Mortgage Trust 2020-1, U.S. Bank, National Association, as Indenture Trust, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4889943 | + | Email/Text: bankruptcy@towerloan.com | Apr 29 2025 19:47:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4854564 | ^ | MEBN | Apr 29 2025 19:44:46 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4854565 | | EDI: VERIZONCOMB.COM | Apr 29 2025 23:46:00 | Verizon Wireless, 3 Verizon Place, Alpharetta, GA 30004-8510 |
| 4861730 | + | Email/Text: bk@worldacceptance.com | Apr 29 2025 19:48:13 | World Finance, World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 4854566 | + | Email/Text: bk@worldacceptance.com | Apr 29 2025 19:48:13 | World Finance, 12449 Hwy 49, Ste D, Gulfport, MS 39503-2983 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4854559 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: 3180W | Total Noticed: 29 |

Eric C Miller
    on behalf of Creditor Towd Point Mortgage Trust 2020-1  U.S. Bank National Association, as Indenture Trustee logsecf@logs.com

Harold J. Barkley, Jr.
    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Levon Cooper Grace trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Levon Cooper Grace** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2473 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   20–00711–JAW | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Levon Cooper Grace**

Dated: 4/29/25     **By the court:**     /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W     **Chapter 13 Discharge**     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**